UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIBU MEDIA, LLC,

       Plaintiff,

  vs.

JOHN DOE subscriber assigned IP address
67.87.118.254,

       Defendant.

------------------------------------------------------------X

Case No. 7:15-cv-07789-KMK

Judge Karas

## ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall until March 14, 2016 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 1st day of February, 2016.

By: _____
UNITED STATES DISTRICT JUDGE

1